**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**                                                              **Case No.: 8:19-bk-06127-CRT**
                                                                        **Chapter 7 Case**
**Thomas Hadley Baker**


    **Debtor.**
_____/

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N Florida Ave, Tampa, FL 33602 and serve a copy on the movant's attorney, Liben Amedie, Esq., 777 S. Harbour Island Blvd., Suite 215, Tampa, FL 33602, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**WYOMING COMMUNITY DEVELOPMENT AUTHORITY'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Wyoming Community Development Authority (the "Lender"), through undersigned counsel and pursuant to 11 U.S.C. § 362, files this verified motion for relief from the Automatic Stay imposed by section 362 of the United States Bankruptcy Code, and states as follows:

1. Lender is the owner and holder of a Promissory Note with an effective date as of October 25, 2013, in the original principal amount of $150,818.00 (the "**Note**"), executed by Debtor, a true and complete copy of which is attached hereto as **Exhibit A** and incorporated herein by this reference.

2. The Note evidences a loan (the "**Loan**") secured and/or further evidenced by, among other things, a mortgage with an effective date as of October 25, 2013, executed by the Debtor, and recorded at O.R. Book 2364, Page 956, in the Public Records of Laramie County, Wyoming (the "**Mortgage**"), a true and complete copy of which is attached hereto as **Exhibit B** and incorporated herein by this reference; and assignment of mortgage with an effective date as of October 25, 2013, executed by the Debtor, and recorded at O.R. Book 2365, Pages 1322, in the Public Records of Laramie County, Wyoming (the "**Assignment of Mortgage**"), a true and complete copy of which is attached hereto as **Exhibit C** and incorporated herein by this reference.

3. The Debtor is the current owner of the property that is the subject of the Mortgage (the "Property");

4. The Note, Mortgage and Assignment of Mortgage will collectively be referred to hereafter as the "Loan Documents".

5. The Loan Documents define a default under the Loan Documents to be, among other things, Debtor's failure to make any payments due under the Loan Documents.

6. Debtor defaulted under the Loan Documents by failing to make the monthly payment due on March 1, 2019 and all subsequent payments thereafter.

7. Lender respectfully requests the Court for relief from the automatic stay to initiate a foreclosure action and to foreclose on the Property.

8. Prior to the filing of this action, undersigned counsel conferred with Debtor's counsel.

9. Debtor's counsel informed undersigned counsel that the Debtor has no objection to the relief sought here in being granted in rem.

**WHEREFORE,** Wyoming Community Development Authority respectfully requests the Court for entry of an order granting relief from the automatic stay imposed by 11 U.S.C. § 362 to permit Wyoming Community Development Authority to pursue its state law remedies, and all other relief to which the Wyoming Community Development Authority are entitled at law or in equity.

                                          **THE LIBEN LAW FIRM**

By: _*/s/ Liben Amedie*_
      **LIBEN M. AMEDIE, ESQ.**
      (Fla. Bar No. 0027415)
      777 S. Harbour Island Blvd., Suite 215
      Tampa, FL 33602
      Telephone: (813) 344-3422
      Facsimile: (813) 354-2731
      Liben@libenlaw.com
      *Counsel for Wyoming Community Development*

## VERIFICATION

STATE OF WYOMING
COUNTY OF NATRONA

**BEFORE ME**, the undersigned authority, this day personally appeared <u>Gayle L. Andress,</u> as <u>Director of Mortgage Servicing</u> for Wyoming Community Development Authority, who, after being first duly sworn, deposes and says that he/she has read the foregoing Motion for Relief from the Automatic Stay; that he/she has personal knowledge of the facts and matters therein set forth and alleged; that each and all of the facts and matters are true and correct; and that he/she is authorized to verify this Verified Motion for Relief from the Automatic Stay on behalf of Wyoming Community Development Authority in this action.

WYOMING COMMUNITY
DEVELOPMENT AUTHORITY'S

By: Gayle L. Andress
As Director of Mortgage Servicing

**SWORN TO AND SUBSCRIBED** before me, this 26 day of July, 2019, by Gayle L Andress who is

[X] Personally known

OR

[ ] Produced _____ as identification

NOTARY PUBLIC, STATE OF Wyoming
Rebecca A. Hinton
(Print, Type or Stamp Name)

My Commission Number is: _____
My Commission Expires: 8/5/2022

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 26, 2019 a true correct copy of the foregoing has been furnished via Electronic Noticing to all parties receiving notice by CM/ECF, and via U.S. Mail to: the Debtor by serving his counsel:

Matt Holtsinger, Esq.,.
Rywant, Alvarez, Jones, Russo, & Guyton, P.A.
109 N. Brush Street
Suite 500
Tampa, Florida 33602


*/s/ Liben Amedie*