**EXHIBIT C**

```
RECORDED 11/04/2013 AT 4:04 PM REC#  627095 BK# 2365 PG# 1322
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY   PAGE   1 OF   1
```

# ASSIGNMENT OF MORTGAGE
### LOAN# 100041037

For value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 401 W 19th St, Cheyenne, WY 82001                , does hereby grant, sell, assign, transfer and convey, unto **Wyoming Community Development Authority**

(herein "Assignee"), whose address is **155 N Beech PO Box 10100 Casper, WY 82602**

a certain Mortgage dated **October 25th, 2013**, made and executed by **THOMAS H BAKER, A SINGLE PERSON, AS SOLE OWNER**

to and in favor of **First Interstate Bank**
upon the following described property situated in **LARAMIE** County, State of **WYOMING**. Original Principal Amount of **150,818.00**
Tax ID# **15105002300230**
**LOT 23 AND 24, BLOCK 23, RESUBDIVISION OF LAKE MINNEHAHA, ACCORDING TO THE OFFICIAL PLAT FILED FOR RECORD IN LARAMIE COUNTY, WYOMING.**

a/k/a **2322 E 10TH ST, CHEYENNE, WY 82001**

Which Mortgage is of Record in Book, Volume, or Liber No. **2364** at page **956** of the Records of **LARAMIE** County, State of **WYOMING**, together with the notes(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on **October 25th    2013**.

| Witness | First Interstate Bank |
|---|---|
|  | Assignor |
| Witness Lindsay J. Norris, AVP | By: Shari Bremer, VP |

(Space below this line reserved for Acknowledgment)

STATE OF WYOMING          ) SS
COUNTY OF LARAMIE         )

On **October 25th, 2013** before me, the undersigned, a Notary Public, in an for said County and State, personally appeared **Shari Bremer**, known to me to be the **Vice President** Of **First Interstate Bank** Which executed the within instrument, that said instrument was signed on behalf of said corporation pursuant to by-laws or a resolution of its Board of Directors and that he/she acknowledges said instrument to be the free act and deed of said corporation.

(This area for Official Notarial Seal)
SEAL
Prepared by:

Notary Public Kathleen Hagen
My Commission Expires: April 13, 2016
Acting in the County of Laramie

Record and Return to:

Kathi Hagen
First Interstate Bank
401 W 19th St
Cheyenne, WY 82001

GCC - MIASSG (11/10)

First Interstate Bank
401 W 19th St
Cheyenne, WY 82001



KATHLEEN HAGEN  NOTARY PUBLIC
COUNTY OF LARAMIE  STATE OF WYOMING
MY COMMISSION EXPIRES APRIL 13, 2016