**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

THOMAS HADLEY BAKER,                    CASE NO. 19-06127-RCT

                                        Chapter 7

      Debtor

_____/

## WITHDRAWAL OF TRUSTEE'S REPORT
## AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

    **TRACI K. STEVENSON**, duly appointed and acting Trustee, hereby withdraws her Report and Notice of Intention to Sell Property of the Estate for the following reason(s):

    1.  Filed error. Wrong case.

WHEREFORE, the Trustee respectfully requests that the Court withdraw her Report and Notice of Intention to Sell Property of the Estate.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by U. S. Mail or hand delivered this September 28, 2019 to:

U. S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL  33602
Debtor, Thomas Hadley Baker, 9601 Marblehead Lane, New Port Richey, FL 34654, ,
Debtor's Atty  Matthew M Holtsinger, 109 North Brush Street, Suite 500, Tampa, FL 33602

/s/ Traci Stevenson
TRACI K. STEVENSON, TRUSTEE
P.O. Box 86690
Madeira Beach, FL 33738
(727) 397-4838
Florida Bar #942227
tracikstevenson@gmail.com