# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re:

**THOMAS HADLEY BAKER**                          **Case No. 8:19-bk-06127-RCT**
                                                 **Chapter No: 7**

          ***Debtor**

### <u>NOTICE OF PRELIMINARY HEARING</u>

NOTICE IS HEREBY GIVEN THAT:

 A preliminary hearing in this case will be held on January 29, 2020 9:30 A.M. in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, to consider and act upon the following and transact such other business that may come before the court:

 Motion to Sell Property Free and Clear of Liens (Doc. No. <u>_# 36_</u> )

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED: <u>January 17, 2020</u>

                                        /s/Traci K. Stevenson _____
                                        Traci K. Stevenson, Trustee
                                        P.O. Box 86690
                                        Madeira Beach, FL 33738
                                        727-397-4838

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.