

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/29/2020 09:30 AM

COURTROOM   9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-06127-RCT** | **7** | **06/27/2019** |

**Chapter 7**

**DEBTOR:**   Thomas Baker

**DEBTOR ATTY:**   **Matthew Holtsinger**

**TRUSTEE:**   **Traci Stevenson**

**HEARING:**

Motion to Sell Property Free and
Clear of Liens re: 2322 E 10 St.
Cheyenne, WY 82001 by Trustee
(Doc #36)

**APPEARANCES:**: Traci Stevenson: Trustee

**RULING:** Motion to Sell Property Free and Clear of Liens re: 2322 E 10 St.
Cheyenne, WY 82001 by Trustee   (Doc #36) - GRANTED; ORDER BY STEVENSON.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.